IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EARL DAVID WORDEN,<br>　　　　*Plaintiff*<br><br>-vs-<br><br>JOSEPH SALVAGGIO, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; JOHN VASQUEZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; E. RIVERA, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; CITY OF LEON VALLEY, TEXAS, ROBERT SAUCEDO, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES;<br>　　　　*Defendants* | SA-22-CV-00286-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Earl David Worden shall take nothing by his claims against Defendants Joseph Salvaggio, John Vasquez, E. Rivera, Robert Saucedo, and the City of Leon Valley, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 3rd day of June, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE